USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: **9-10-18**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID SCHMITT, Individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> MICRO FOCUS INTERNATIONAL PLC, CHRISTOPHER HSU, STEPHEN MURDOCH, MIKE PHILLIPS, KEVIN LOOSEMORE, NILS BRAUCKMANN, KAREN SLATFORD, RICHARD ATKINS, AMANDA BROWN, SILKE SCHEIBER, DARREN ROOS, GISELLE MANON, AND JOHN SCHULTZ, <br><br> *Defendants*. | Case No.:    18-cv-06763 (ALC) <br><br> ECF Case <br><br> **STIPULATION AND ORDER VACATING RESPONSE DEADLINES PENDING APPOINTMENT OF LEAD PLAINTIFF AND AMENDMENT OF COMPLAINT** |

**WHEREAS** Plaintiff David Schmitt ("Plaintiff") filed this action in the Northern District of California on May 23, 2018;

**WHEREAS** prior to being served with the Summons and Complaint, Defendants moved for transfer to this District under 28 U.S.C. § 1404(a) pursuant to the forum-selection clause in the Deposit Agreement that governs the American Depositary Shares upon which this action is based;

**WHEREAS** the parties thereafter stipulated to transfer to this District;

**WHEREAS** Movant Iron Workers' Local No. 25 Pension Fund ("IWLPF") has moved for appointment as Lead Plaintiff;

**WHEREAS** no other motions for appointment as Lead Plaintiff have been filed to date;

**WHEREAS** IWLPF anticipates that, if appointed as Lead Plaintiff, it will seek to file an amended complaint;

**IT IS HEREBY STIPULATED AND AGREED** between the undersigned counsel for Plaintiff David Schmitt, Movant Iron Workers' Local No. 25 Pension Fund, and all Defendants as follows:

1.      The undersigned counsel for Defendants hereby acknowledge and accept service of the summons and complaint in this action on behalf of the Defendants; provided, however, that the acceptance of service and entry into this Stipulation shall not waive, and Defendants expressly preserves, all rights, claims and defenses, including, but not limited to, all defenses relating to jurisdiction, other than a defense as to the sufficiency of service of the summons and complaints and the form of the summons;

2.      Defendants shall not be required to answer or otherwise respond to the Complaint until after a Lead Plaintiff has been appointed and either an Amended Complaint is filed or the Lead Plaintiff notifies Defendants that it does not intend to amend the complaint;

3.      The parties will meet and confer regarding the timing of the filing of the Amended Complaint and briefing schedule for Defendants' anticipated motion to dismiss, and will submit to the Court a stipulation once they have reached agreement.

4.      The parties reserve all other rights except to the extent specified in this Stipulation.

Respectfully submitted,

Dated: August 17, 2018

Matthew Solum, P.C.
Stephen V. Potenza
Mark Salomon
Joseph M. Sanderson
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: +1 212 446 4900
Email: msolum@kirkland.com
        stephen.potenza@kirkland.com
        mark.salomon@kirkland.com
        joseph.sanderson@kirkland.com

Christopher W. Keegan (*pro hac vice*)
Austin L. Klar (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: +1 415 439 1400
Facsimile: +1 415 439 1500
Email: chris.keegan@kirkland.com
       austin.klar@kirkland.com

*Counsel for Defendants Micro Focus
International plc, Mike Phillips, Kevin
Loosemore, Nils Brauckmann, Karen Slatford,
Richard Atkins, Amanda Brown, Silke
Scheiber, Darren Roos, and Giselle Manon*

Dated: August 17, 2018

Kenneth I. Schacter /jms

Kenneth I. Schacter
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6815
Facsimile: (212) 309-6001
Email: kenneth.schacter@morganlewis.com

Joseph E. Floren (*pro hac vice* pending)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1391
Facsimile: (415) 442-1001
Email: joseph.floren@morganlewis.com

*Counsel for Defendant John Schultz*

Dated: August 17, 2018

_John Pernick /jms_

Daniel J. Bergeson (*pro hac vice* to be filed)
John D. Pernick (*pro hac vice* to be filed)
Adam C. Trigg (*pro hac vice* to be filed)
**BERGESON, LLP**
111 N. Market Street, Suite 600
San Jose, CA 95113
Telephone: (408) 291-6200
Facsimile (408) 297-6000
Email: dbergeson@be-law.com
jpernick@be-law.com
atrigg@be-law.com

*Counsel for Defendant Christopher Hsu*

Dated: August 17, 2018

_Laurence Rosen /jms_

Laurence M. Rosen, Esq.
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 202-3827
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff David Schmitt*

Dated: August 17, 2018

_James A. Harrod /jms_

Avi Josefson
James A. Harrod
Michael D. Blatchley
**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
avi@blbglaw.com
jim.harrod@blbglaw.com
michaelb@blbglaw.com

*Counsel for Proposed Lead Plaintiff
Iron Workers' Local No. 25 Pension Fund
and Proposed Lead Counsel for the Class*

\*       \*       \*

**IT IS SO ORDERED.**

Date:  SEPTEMBER 10, 2018

Hon. Andrew L. Carter, Jr.
United States District Judge