USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-12-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID SCHMITT, Individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>MICRO FOCUS INTERNATIONAL PLC, CHRISTOPHER HSU, STEPHEN MURDOCH, MIKE PHILLIPS, KEVIN LOOSEMORE, NILS BRAUCKMANN, KAREN SLATFORD, RICHARD ATKINS, AMANDA BROWN, SILKE SCHEIBER, DARREN ROOS, GISELLE MANON and JOHN SCHULTZ,<br><br>　　　　　　Defendants. | Civil Action No. 1:18-cv-06763-ALC<br><br>CLASS ACTION |

**ORDER APPOINTING IRON WORKERS' LOCAL NO. 25 PENSION FUND AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF LEAD COUNSEL**

Upon consideration of (1) the Motion of Iron Workers' Local No. 25 Pension Fund ("Iron Workers") for appointment as Lead Plaintiff and approval of its selection of Lead Counsel; (2) the Memorandum of Points and Authorities in support thereof; (3) the Declaration of David R. Stickney; and (4) all other pleadings and arguments submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. Iron Workers' Motion is **GRANTED**.

2. Iron Workers is **APPOINTED** to serve as Lead Plaintiff under Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated in accordance with paragraph 4 of this Order.

3. Iron Workers' selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class.

4. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any pending, subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action are **CONSOLIDATED** for all purposes.

5. This action shall bear the caption "*In re Micro Focus International plc Securities Litigation*" and shall be maintained under master file number 1:18-cv-06763-ALC.

**IT IS SO ORDERED.**

Dated: September 11, 2018

HON. ANDREW L. CARTER
UNITED STATES DISTRICT JUDGE