USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/6/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MICRO FOCUS INTERNATIONAL PLC. SECURITIES LITIGATION. | 1:18-cv-06763 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants' request for leave to file a motion to dismiss is **GRANTED**. ECF No. 66. Parties shall abide by the briefing schedule outlined in their stipulation, which the Court so ordered on October 9, 2018. ECF No. 64.

**SO ORDERED.**

Dated: December 6, 2018
      New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**