**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

IN RE MICRO FOCUS INTERNATIONAL
PLC SECURITIES LITIGATION

                                                           18 **CIVIL** 6763 (ALC)

                                                           **JUDGMENT**

-------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2020, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
            September 30, 2020

                                                       **RUBY J. KRAJICK**
                                                       _____
                                                       **Clerk of Court**
                          **BY:**  *K. Mango*
                                                     _____
                                                       **Deputy Clerk**