**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE MICRO FOCUS INTERNATIONAL
PLC SECURITIES LITIGATION

Case No. 1:18-cv-06763 (ALC)

ECF Case

## <u>MOTION OF WITHDRAWAL OF ATTORNEY</u>

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 1.4, I, Stephen V. Potenza respectfully move to withdraw as counsel of record for Micro Focus International plc, Stephen Murdoch, Mike Phillips, Kevin Loosemore, Nils Brauckmann, Karen Slatford, Richard Atkins, Amanda Brown, Silke Scheiber, Darren Roos, and Giselle Manon.  I am withdrawing from the Kirkland Partnership and leaving the firm effective October 1, 2021 to serve as an in-house counsel position at a U.S. Company. I have conferred with opposing counsel and they do not oppose my withdrawal.

Matthew Solum and Kirkland & Ellis LLP will continue to serve as counsel of record for Micro Focus International plc, Stephen Murdoch, Mike Phillips, Kevin Loosemore, Nils Brauckmann, Karen Slatford, Richard Atkins, Amanda Brown, Silke Scheiber, Darren Roos, and Giselle Manon and all future correspondence and papers in this action should continue to be directed to them.

**PLEASE TAKE FURTHER NOTICE** that Kirkland & Ellis LLP respectfully requests that Stephen V. Potenza be removed from the electronic notification service, and any other mailing or service list in this proceeding.

Dated:  New York, New York
            September 29, 2021

/s/ Stephen V. Potenza
Stephen V. Potenza
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email:  stephen.potenza@kirkland.com

*Counsel for Defendants*
*Micro Focus International plc,*
*Stephen Murdoch, Mike Phillips,*
*Kevin Loosemore, Nils Brauckmann,*
*Karen Slatford, Richard Atkins,*
*Amanda Brown, Silke Scheiber,*
*Darren Roos, and Giselle Manon*