**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
:
:
:
:
:      18-CV-6763 (ALC)
:
IN RE MICROFOCUS INTERNATIONAL PLC     :      **ORDER ON MOTION TO**
SECURITIES LITIGATION                  :      **WITHDRAW**
:
:
:
:
------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/1/2021__

**ANDREW L. CARTER, JR., District Judge:**

Stephen V. Potenza, counsel of record for Micro Focus International plc, Stephen Murdoch, Mike Phillips, Kevin Loosemore, Nils Brauckmann, Karen Slatford, Richard Atkins, Amanda Brown, Silke Scheiber, Darren Roos, and Giselle Manon, moved for leave to withdraw as counsel by motion dated September 29, 2021. ECF No. 132. The Court sees no deficiencies in the motion.

Accordingly, Stephen V. Potenza is hereby **GRANTED** leave to withdraw as counsel from the above-captioned case pursuant to Local Civil Rule 1.4. The Clerk of the Court is directed to terminate ECF No. 132.

**SO ORDERED.**

Dated:   **October 1, 2021**
         **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**