USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Oct. 22 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

In re Micro Focus International plc. Securities Litigation

------------------------------------------------------------- x

**ORDER**

1:18-CV-6763-ALC

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Lead Plaintiff and Defendants' pre-motion conference letters in connection with their joint request for an indicative ruling, on the pending motion for preliminary approval of the proposed settlement, pursuant to Rule 62.1(a) of the Federal Rules of Civil Procedure. ECF Nos. 134, 135. Upon review of the submissions, the Parties' request for a pre-motion conference is hereby **DENIED**. The Court will issue an indicative ruling based upon the parties' prior submissions in connection with Lead Plaintiff's motion for preliminary approval. The Clerk of Court is respectfully directed to terminate ECF No. 134.

**SO ORDERED.**

Dated: Oct. 22, 2021
New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**