# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of November, two thousand twenty-one.

Before:     Susan L. Carney,
               *Circuit Judge.*

_____

Iron Workers Local No. 25 Pension Fund,

      Plaintiff - Appellant,

David Schmitt,

      Plaintiff,

v.

Micro Focus International PLC, Stephen Murdoch, Mike Phillips, Kevin Loosemore, Nils Brauckmann, Karen Slatford, Richard Atkins, Amanda Brown, Silke Scheiber, Darren Roos, Giselle Manon, John Schultz, Christopher Hsu,

      Defendants - Appellees.

_____

**ORDER**

Docket No. 20-3686

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 16 2021

The parties jointly move for limited remand of this case to the district court to allow that court to consider a motion for preliminary approval of the proposed settlement.

IT IS HEREBY ORDERED that the motion for limited remand is GRANTED. The parties are directed to inform this Court of the status of the district court proceedings every thirty days, beginning with thirty days from the date of this order.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/16/2021