UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MICRO FOCUS INTERNATIONAL PLC SECURITIES LITIGATION | Case No. 1:18-cv-06763 (ALC)<br><br>ECF Case |

## MOTION FOR WITHDRAWAL OF ATTORNEY

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 1.4, I, Joseph M. Sanderson respectfully move to withdraw as counsel of record for Micro Focus International plc, Stephen Murdoch, Mike Phillips, Kevin Loosemore, Nils Brauckmann, Karen Slatford, Richard Atkins, Amanda Brown, Silke Scheiber, Darren Roos, and Giselle Manon. Effective December 3, 2021, I will no longer be associated with Kirkland & Ellis LLP and have accepted a position at Steptoe & Johnson LLP. Kirkland & Ellis LLP will continue to serve as counsel of record for Micro Focus International plc, Stephen Murdoch, Mike Phillips, Kevin Loosemore, Nils Brauckmann, Karen Slatford, Richard Atkins, Amanda Brown, Silke Scheiber, Darren Roos, and Giselle Manon and all future correspondence and papers in this action should continue to be directed to them.

**PLEASE TAKE FURTHER NOTICE** that Kirkland & Ellis LLP respectfully requests that Joseph M. Sanderson be removed from the electronic notification service, and any other mailing or service list in this proceeding.

|  |  |
|---|---|
| Dated: New York, New York<br>December 2, 2021 | */s/ Joseph M. Sanderson*<br>Joseph M. Sanderson<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: joseph.sanderson@kirkland.com |