**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
IN RE MICRO FOCUS INTERNATIONAL PLC
SECURITIES LITIGATION,
:
: 18-CV-6763 (ALC)
:
----------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/6/2021__

**ORDER DENYING**
**MOTION TO WITHDRAW**

**ANDREW L. CARTER, JR., District Judge:**

    Joseph M. Sanderson, attorney of record for Micro Focus International plc, Stephen Murdoch, Mike Phillips, Kevin Loosemore, Nils Brauckmann, Karen Slatford, Richard Atkins, Amanda Brown, Silke Scheiber, Darren Roos, and Giselle Manon, moved for leave to withdraw as counsel on December 3, 2021. ECF No. 141. While the motion informs the Court that Joseph M. Sanderson should be removed as counsel of record in the above-captioned case, it otherwise fails to meet Local Civil Rule 1.4.

    Accordingly, the motion for leave to withdraw as counsel is hereby **DENIED** without prejudice to refiling for approval. The Clerk of Court is directed to terminate ECF No. 141. Counsel is directed to address the deficiencies in the motion and refile.

**SO ORDERED.**

    **New York, New York**
**Dated:** Dec. 6, 2021

SO ORDERED: /s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE