**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
:
:
:
:
**In re Micro Focus International plc.**   :   **1:18-CV-6763-ALC**
**Securities Litigation**   :
:   **ORDER**
:
:
:
:
:
------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Dec. 19, 2022

**ANDREW L. CARTER, JR., District Judge:**

The Court will hold a telephonic conference in this action on Tuesday, December 20, 2022 at 12:00PM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (Access Code: 3768660).

**Dated:** December 19, 2022
New York, New York

_____
**Andrew L. Carter, Jr.**
**United States District Judge**

1