**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
                 :
**In re Micro Focus International plc.**
**Securities Litigation**
------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __Dec. 20, 2022__

**1:18-CV-6763-ALC**

**ORDER STAYING CASE**

**ANDREW L. CARTER, JR., District Judge:**

    As discussed in today's Court conference, the Court will stay the pending motion to vacate judgment (ECF No. 148) and all other pending motions or decisions in this matter until the resolution of the parallel California State Action. *In re Micro Focus International PLC Securities Litigation*, Master File No. 18CIV01549 (Cal. Super. Ct. – San Mateo).

    The parties are ordered to provide a joint status report every two months, with the first report to be filed on February 22, 2023, the following report on April 20, 2023, and then another report every two months thereafter.

**Dated:** December 20, 2022
       New York, New York

                                                         _____
                                                             **Andrew L. Carter, Jr.**
                                                            **United States District Judge**