UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
IRON WORKERS LOCAL NO. 25 PENSION FUND,
and DAVID SCHMITT,

                      *Plaintiffs*,           1:18-cv-06763 (ALC)

            -against-                ORDER

MICRO FOCUS INTERNATIONAL PLC, ET AL.,

                     *Defendants*.

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

The parties are ORDERED to file a joint status report no later than July 28, 2023.

**SO ORDERED.**

**Dated:    July 26, 2023**
            **New York, New York**            **ANDREW L. CARTER, JR.**
                                                                 **United States District Judge**