UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

| | | |
|---|---|---|
| IRON WORKERS LOCAL NO. 25 PENSION FUND, and DAVID SCHMITT, | : | |
| *Plaintiffs*, | : | 1:18-cv-06763 (ALC) |
| -against- | : | ORDER |
| MICRO FOCUS INTERNATIONAL PLC, ET AL., | : | |
| *Defendants*. | : | |

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

State Plaintiffs' motion to file an amicus brief, ECF No. 152, and lead Plaintiff's motion to vacate judgement, ECF No. 148, are DENIED without prejudice. The motions may be refiled within 30 days following the overturning of the settlement agreement on appeal in California Superior Court. The parties are ORDERED to inform the Court as soon possible when the case may be dismissed and, in any event, are ORDERED to file a joint status report no later than November 28, 2023.

**SO ORDERED.**

**Dated:** **July 31, 2023**
         **New York, New York**

*/s/ Andrew L. Carter, Jr.*
**ANDREW L. CARTER, JR.**
**United States District Judge**